Exhibit A

```
                 UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA


DELRAY RICHARDSON p/k/a         )
DELRAY d/b/a DEL FUNK BOY       )
MUSIC, an individual, and       )
STERLING A. SNYDER d/b/a        )
ZION RECORDS, an individual,    )
                                )
            Plaintiffs,         )
                                )
        v.                      )  No. CV12-7925 ABC (SHx)
                                )
CBS STUDIOS INC., CBS           )
STUDIOS INC., d/b/a CBS         )
TELEVISION DISTRIBUTION, a      )
division of CBS CORPORATION,    )
a Delaware corporation,         )
                                )
            Defendants.         )
_____)




                 DEPOSITION OF DELRAY RICHARDSON
                         JULY 22, 2013
                           1:40 P.M.


          REPORTED BY LINDSAY PINKHAM, CSR 3716, CCRR
```

```
 1            The deposition of DELRAY RICHARDSON,
 2       taken on behalf of Defendant CBS
 3       STUDIOS INC., commencing at 1:40 p.m.,
 4       Monday, July 22, 2013, at 1221 Second
 5       Street, Suite 300, Santa Monica,
 6       California 90401, before Lindsay
 7       Pinkham, Certified Shorthand Reporter
 8       for the State of California No. 3716,
 9       California Certified Realtime
10       Reporter.
11
12  APPEARANCES OF COUNSEL:
13  For Plaintiff and Witness DELRAY RICHARDSON:
14       DELRAY RICHARDSON, IN PROPRIA PERSONA
         2191 East 21st Street
15       Suite K
         Signal Hill, California 90755
16       (323) 440-0855
         hotmusic2you@juno.com
17
18  For Defendant CBS STUDIOS INC.:
19       LAW OFFICES OF ROBERT S. BESSER
         BY: ROBERT S. BESSER, ESQ., ESQ.
20       1221 Second Street
         Suite 300
21       Santa Monica, California 90401
         (310) 394-6611
22       rsbesser@aol.com
23
    Also Present:
24
         STERLING SNYDER
25
```

```
                        I N D E X
WITNESS              EXAMINATION BY                PAGE
DELRAY RICHARDSON
                     BY MR. BESSER                   4

                     BY MR. SNYDER                  57

                       E X H I B I T S
DEFENDANT'S                DESCRIPTION             PAGE
Exhibit 1    Notice of Taking Deposition of          7
             Plaintiff Delray Richardson, 3 pages

Exhibit 2    Compact disc (retained by Mr. Besser)   8

Exhibit 3    Complaint, 32 pages                     9

Exhibit 4    Response by Plaintiff for Request for  23
             Admissions from Defendant CBS, 10
             pages

Exhibit 5    Responses of Plaintiffs Delray         32
             Richardson to Interrogatories
             Propounded by Defendant, 14 pages

Exhibit 6    Plaintiff's Claim and Order to Go to   46
             Small Claims Court, 5 pages

PLAINTIFF'S                DESCRIPTION             PAGE
Exhibit 7    Background Information, 6 pages        59
```

                        INSTRUCTIONS NOT TO ANSWER

                                  (None)

                          INFORMATION REQUESTED
                                  (None)