```
 1
 2
 3
 4
 5         I declare under penalty of perjury under the
 6   laws of the State of California that the foregoing
 7   testimony is true and correct.
 8         In witness whereof, I have hereunto subscribed
 9   my name this _____ day of _____,
10   20____, at _____, California.
11
12
13
14         _____
15                       DELRAY RICHARDSON
16
17
18
19
20
21
22
23
24
25
```

REPORTER'S CERTIFICATE

I, Lindsay Pinkham, CSR No. 3716, a Certified Shorthand Reporter in and for the State of California, do hereby certify:

That prior to being examined, the witness named in the foregoing deposition declared under penalty of perjury that the testimony given in this deposition shall be the truth, the whole truth, and nothing but the truth; that said deposition was taken by me in shorthand at the time and place herein named and was thereafter transcribed into typewriting under my direction, said transcript being a true and correct transcription of my shorthand notes;

That dismantling this transcript will void the certification by the Certified Shorthand Reporter.

I further certify that I have no interest in the outcome of this action.

Before completion of the deposition, review of the transcript [X] was   [ ] was not requested.

Dated this 30th day of July, 2013.

_____

Lindsay Pinkham, CSR 3716