1   Robert S. Besser (SBN 46541)
    Christopher Chapin (SBN 112608)
2   LAW OFFICES OF ROBERT S. BESSER
    1221 Second Street, Suite 300
3   Santa Monica, California 90401
    TEL: (310) 394-6611
4   Fax:  (310) 394-6613
    rsbesser@aol.com
5   christopherchapin@aol.com

6   Attorneys for Defendant
    CBS STUDIOS INC.
7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  DELRAY RICHARDSON p/k/a DELRAY      Case No. CV12-7925 ABC (SHx)
    d/b/a DEL FUNK BOY MUSIC, an        Honorable Audrey B. Collins
12  individual, and STERLING A.
    SYNDER d/b/a/ ZION RECORDS,
13  an individual,                      MEMORANDUM OF POINTS AND
                                        AUTHORITIES IN REPLY TO
14                  Plaintiffs,         OPPOSITION TO MOTION FOR
    vs.                                 SUMMARY JUDGMENT
15
    CBS STUDIOS INC., d/b/a CBS
16  TELEVISION DISTRIBUTION, a division
    of CBS CORPORATION, a Delaware
17  corporation,

18                  Defendants.         Date:  September 30, 2013
    _____/   Time:  10:00 a.m.
19                                      Ctrm:  680
                                               Roybal Building
20

21

22

23

24

25

26

27
    _____
28        MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY
           TO OPPOSITION MOTION FOR SUMMARY JUDGMENT

# TABLE OF CONTENTS

Table of Authorities ............................................................. ii

I.   INTRODUCTION ................................................................ 1

II.  ARGUMENT .................................................................... 2

     A.   Plaintiffs Have Failed to Meet Their
          Burden to Present Admissible Evidence
          That Would Create a Single Material
          Factual Issue .......................................................... 2

     B.   Plaintiffs Have Not Established Valid
          Copyrights or Infringement of Their
          Reduced Number of Claims ............................................ 5

     C.   Plaintiffs Cannot Established Any Damages ............................ 8

     D.   Plaintiffs Do Not Dispute That Their
          Alleged Copyright Registrations Were
          Filed After the First Alleged Infringement;
          Accordingly, Plaintiffs Are Not Entitled
          to Statutory Damages ................................................. 10

     E.   Plaintiffs' Protestations Concerning
          the Meet and Confer Process Are Not True ............................ 10

     E.   Plaintiffs' Protestations Concerning
          the Meet and Confer Process Are Not True

III. CONCLUSION .................................................................. 11

-i-

TABLE OF AUTHORITIES

<u>Cases</u>

*Anderson v. Liberty Lobby, Inc.*,
477 U.S. 242, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986)                3

*Berckeley Inv. Group, Ltd. v. Colkitt*,
455 F.3d 195, 201 (3d Cir. 2006)                4

*Beyene v. Coleman Sec. Serv., Inc.*,
854 F.2d 1179 (9th Cir. 1988)                4

*Block v. City of Los Angeles*,
253 F.3d 410, 418-19 (9th Cir. 2001)                4-5

*Broadwood Investment Fund v United States of America*,
2012 U.S. Dist. LEXIS 148878 CD Cal. 2012)                3

*Carmen v. S.F. Unified Sch. Dist.*,
237 F.3d 1026(9th Cir. 2001)                3

*Celotex Corp v. Catrett*, 477 U.S. 317,
106 S.Ct. 2548, 91 L.Ed.2d 265 (1986)                2

*Cox v. Kentucky Dep't of Transportation*,
53 F.3d 146 (6th Cir. 1995)                4

*Federal Deposit Ins. Corp. v. New Hampshire Ins. Co.*,
953 F.2d 478 (9th Cir. 1991)                5

*Fraser v. Goodale*,
342 F.3d 1032, 1036 (9th Cir. 2003)                4

*Keenan v. Allan*,
91 F.3d 1275 (9th Cir. 1996)                4

*Rowell v. BellSouth Corp.*,
433 F.3d 794 (11th Cir. 2005)                5

*S.A. Empresa de Viacao Aerea Rio Grandense v.
Walter Kidde & Co., Inc.*,
690 F.2d 1235 (9th Cir. 1982)                3

*Schacht v. Wisconsin Dep't of Corrections*,
175 F.3d 497 (7th Cir. 1999)                4

*Smith v. Marsh*,
194 F.3d 1045 (9th Cir. 1999)                4

-ii-

MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY
TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

TABLE OF AUTHORITIES
(Continued)

*Weinstock v. Columbia University,*
224 F.3d 33 (2d Cir. 2000)                                              4

*Statutes*

17 U.S.C. § 504                                                        10

-iii-