1   Robert S. Besser (SBN 46541)
    Christopher Chapin (SBN 112608)
2   LAW OFFICES OF ROBERT S. BESSER
    1221 Second Street, Suite 300
3   Santa Monica, California 90401
    TEL: (310) 394-6611
4   Fax:   (310) 394-6613
    rsbesser@aol.com
5   christopherchapin@aol.com

6   Attorneys for Defendant
    CBS STUDIOS INC.
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  DELRAY RICHARDSON p/k/a DELRAY        Case No. CV12-7925 ABC (SHx)
    d/b/a DEL FUNK BOY MUSIC, an          Honorable Audrey B. Collins
12  individual, and STERLING A.
    SYNDER d/b/a/ ZION RECORDS,
13  an individual,                        REPLY TO PLAINTIFFS'
                                          RESPONSE TO DEFENDANT'S
14                Plaintiffs,             "UNDISPUTED MATERIAL FACTS"
    vs.                                                -and-
15                                        SEPARATE STATEMENT OF
    CBS STUDIOS INC., d/b/a CBS           "UNDISPUTED FACTS" IN
16  TELEVISION DISTRIBUTION, a            OPPOSITION TO DEFENDANT'S
    division of CBS CORPORATION,          MOTION FOR SUMMARY JUDGMENT
17  a Delaware corporation,

18                Defendants.              Date:   September 30, 2013
    _____/    Time:   10:00 a.m.
19                                         Ctrm:   680
                                                   Roybal Building
20

21

22

23

24

25

26                             -1-
    _____
27        REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S
    UNDISPUTED MATERIAL FACTS -and- SEPARATE STATEMENT OF UNDISPUTED
28       FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT

DEFENDANT'S REPLY TO

PLAINTIFFS' RESPONSE TO DEFENDANT'S UNDISPUTED MATERIAL FACTS

<u>Undisputed Fact No. 1</u>

"Jean-Yves Ducornet ("Jeeve") is a composer and a one-half owner of the copyrights which Plantiffs alleged have been infringed."

<u>Defendant's Reply to Plaintiffs' Response</u>

Plaintiffs have agreed that this is UNDISPUTED.

Plaintiffs go on with a lengthy "however" argument which does not refer to any proof of a dispute with respect to this fact.  Nor does it take away from their *agreement* with Defendant's Undisputed Fact No. 1.

The argument offered in support of Plaintiffs' statements regarding Undisputed Fact No. 1 is merely opinion with no citations to evidence.

Their "supporting evidence" is not authenticated, immaterial and contains improper legal argument.

<u>Undisputed Fact No. 2</u>

"At all relevant times, PEN Music Group, Inc. ("PEN") had the right to provide non-exclusive licenses of any or all of Jeeve's works (including those of which he is a co-owner) to third parties for uses in all media."

-2-

1     <u>Defendant's Reply to Plaintiffs' Response</u>

2     Plaintiffs dispute this fact, but their reason is non-

3     responsive and their supporting evidence inadmissible.[1]  Further,

4     Plaintiffs offer no evidence that contradicts the fact that PEN

5     administered Jeeves catalogue of works.

6     <u>Undisputed Fact No. 3</u>

7     "Pursuant to his administration agreement with PEN, Jeeve

8     delivered certain of his musical works (created either alone or

9     with Richardson to PEN and PEN in turn delivered each of the

10    works to Anisa Productions, Inc. (formerly known as Supermodel,

11    Inc.), the producer of a television show entitled 'America's Next

12    Top Model' for review and decision about which and how much they

13    wanted to use."

14    <u>Defendant's Reply to Plaintiffs' Response</u>

15    Plaintiffs dispute this fact on the basis that they "have

16    never see [sic] any administration agreement."  This is clearly

17    insufficient to create a triable issue, nor does it even address

18    the substance of the Undisputed Fact.  Their supporting evidence

19    is inadmissible as discussed more fully in Defendant's Objections

20    and Motion to Strike Declaration of Delray Richardson ("Def.'s

21    Obj. to Richardson Decl.")

22

23    _____

24    [1]  For this and all other references to evidentiary legal
arguments, please refer to Defendant's Objections and Motion to
25    Strike the Declaration of Delray Richardson.

26    -3-
_____

1    Undisputed Fact No. 4

2    "The producers of ANTM would select tracks that they wanted

3    to use in ANTM and PEN would issue licenses for those tracks."

4    Defendant's Reply to Plaintiffs' Response

5    Again, Plaintiffs' denial has nothing to do with the basic

6    fact at issue–the procedure used by PEN to license music for use

7    in ANTM. Plaintiffs have failed to assert any facts or evidence

8    that would dispute this fact.

9    Undisputed Fact No. 5

10   "Richardson has admitted that the only possible source of

11   any of the Plaintiffs' Works that appeared in ANTM was PEN."

12   Defendant's Reply to Plaintiffs' Response

13   Plaintiffs dispute this fact, but ignore that Richardson

14   testified at his deposition that the only source of the music he

15   heard being played on television would have been from PEN.  See

16   Deposition of Delray Richardson, p. 40, l. 15 through p. 41, l.

17   24.  Further, Plaintiffs offer no evidence that the music could

18   have been from any other source.

19   Undisputed Fact No. 6

20   "Plaintiffs do not claim that any of Plaintiffs' Works were

21   secured by the ANTM producer from any other source."

22   Plaintiffs Response

23   Plaintiffs dispute this fact but offer a non-responsive

24   reason and inadmissible evidence.  Again, no evidence of any

25

26                            -4-

27          REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S
     UNDISPUTED MATERIAL FACTS –and– SEPARATE STATEMENT OF UNDISPUTED
28         FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT

other possible source is offered

Undisputed Fact No. 7

Ultimately, CBS received the copyrights to all episodes of ANTM, including rights to the music used therein, from the producer.

Defendant's Reply to Plaintiffs' Response

This is another non-responsive denial based on inadmissible evidence.

Undisputed Fact No. 8

"After Jeeve created each of the musical compositions at issue, he gave them to Richardson without titles with the idea that Richardson would add additional material."

Defendant's Reply to Plaintiffs' Response

"Plaintiff [sic] denies all truthfulness of this statement."

This statement, followed by unsworn "testimony" by Richardson is clearly ineffective at creating an issue of material fact. *S.A. Empresa de Viacao Aerea Rio Grandense v. Walter Kidde & Co., Inc.*, 690 F. 2d 1235, 1238 (9th Cir. 1982)

Undisputed Fact No. 9

"Richardson then assigned his own titles to the tracks without Jeeve or PEN's knowledge."

Defendant's Reply to Plaintiffs' Response

"Plaintiff [sic] denies all truthfulness of this statement."

This statement, followed by unsworn "testimony" by

-5-

1  Richardson is clearly ineffective at creating an issue of

2  material fact.  *S.A. Empresa de Viacao Aerea Rio Grandense v.*

3  *Walter Kidde & Co., Inc.*, 690 F. 2d 1235, 1238 (9th Cir. 1982)

4  <u>Undisputed Fact No. 10</u>

5      "When PEN licensed the tracks, it did not do so under the

6  titles arbitrarily assigned by Richardson."

7      <u>Defendant's Reply to Plaintiffs' Response</u>

8      "Plaintiff [sic] denies all truthfulness of this statement."

9      The ensuing discourse on what Jeeve "admitted" is

10  inadmissible hearsay because it is submitted to prove the truth

11  of what a third party said in an out of court statement and Jeeve

12  is not a party to this action.  FRE 801(c).

13  <u>Undisputed Fact No. 11</u>

14      "Richardson refused to provide CBS an exact copy of what he

15  deposited with the Copyright Office, instead providing a compact

16  disc which he said he created after he was asked to produce the

17  'deposit copy' in discovery in this case."

18      <u>Defendant's Reply to Plaintiffs' Response</u>

19      "Plaintiff [sic] denies all truthfulness of this statement."

20      Once again, this statement is followed by unsworn testimony,

21  none of which is contained in Richardson's Declaration.  *S.A.*

22  *Empresa de Viacao Aerea Rio Grandense v. Walter Kidde & Co.,*

23  *Inc.*, 690 F. 2d 1235, 1238 (9th Cir. 1982)  The pages and lines

24  from his deposition do not say what he says they do.

25

26                          -6-

27          REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S
   UNDISPUTED MATERIAL FACTS -and- SEPARATE STATEMENT OF UNDISPUTED
28        FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT

1   Undisputed Fact No. 12

2       "Richardson admitted that the deposit copies he filed did

3   not contain any identification by title of the 11 individual

4   tracks that were supposedly included in the "Del Funk Boy Music

5   and Paperwork Production tracks library."

6       Defendant's Reply to Plaintiffs' Response

7       This is non-responsive and does not address the substance of

8   the undisputed fact.  Further, it ignores Mr. Richardson's

9   express admission at page 21 of his deposition that he did not

10  assign any titles to the works.

11  Undisputed Fact No. 13

12      "None of the copyrights were registered until years after

13  the alleged infringement in 2003."

14      Defendant's Reply to Plaintiffs' Response

15      Plaintiffs claim to dispute this fact but offer only

16  argument about the statute of limitations, an issue which

17  Defendant has not raised.  Plaintiffs have failed to assert any

18  facts or evidence that would dispute this fact.

19  Undisputed Fact No. 14

20      "Plaintiffs do not have any admissible proof that they

21  suffered any loss because of the alleged infringements."

22      Defendant's Reply to Plaintiffs' Response

23      Plaintiffs dispute this and state that they "have proof

24  Defendant falsified cue sheets and Defendant is benefitting from

25

26                              -7-

27                  REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S
    UNDISPUTED MATERIAL FACTS -and- SEPARATE STATEMENT OF UNDISPUTED
28          FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT

1    the falsified cue sheet [sic]."  Such proof is not only non-

2    existent, it does not relate to losses that Plaintiffs might have

3    suffered if in fact infringement occurred.

4    <u>Undisputed Fact No. 15</u>

5        "Plaintiffs have no proof of a causal connection between the

6    use of small portions of instrumental, incidental music and any

7    profits made by CBS on any particular episode of ANTM, or on all

8    of the episodes."

9        <u>Defendant's Reply to Plaintiffs' Response</u>

10       Plaintiffs dispute this fact with citations to articles and

11   a receipt from Best Buy which are inadmissible hearsay.  Further,

12   the articles are talking about generalities and are therefore

13   irrelevant to this undisputed fact. Plaintiffs are required to

14   show Defendants' profits in order to recover these kind of

15   damages, but they have offered no such evidence.  Plaintiffs have

16   failed to assert any facts or evidence that would dispute this

17   fact.

18   <u>Undisputed Fact No. 16</u>

19       "As to the Snyder Works, there is no dispute that what was

20   licensed was the instrumental version of the two works that Jeeve

21   created before the Snyder Works were produced."

22       <u>Defendant's Reply to Plaintiffs' Response</u>

23       The response is unsworn testimony.  Plaintiffs supporting

24   evidence consists of unauthenticated documents attached to the

25

26                              -8-
     _____

27            REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S
     UNDISPUTED MATERIAL FACTS -and- SEPARATE STATEMENT OF UNDISPUTED
28          FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT

1  Declaration of Delray Richardson.  No evidence is offered that

2  anything but the instrumental version was licensed.

3  Undisputed Fact No. 17

4      "The alleged infringements of 'Love You So' and 'I Don't

5  Care' occurred in Episode 1, 5 and 9 of Season of the show, the

6  latest of which (Episode 9) was first broadcast on July 8, 2003."

7      Defendant's Reply to Plaintiffs' Response

8      Plaintiffs' response is completely non-responsive and

9  Plaintiffs have offered no evidence to dispute this undisputed

10  fact which establishes that Plaintiffs have no legal right to

11  statutory damages.

12  Undisputed Fact No. 18

13      "The alleged infringements of the two Snyder Works first

14  occurred in Episode 11 of Season 2, broadcast in 2004 and Episode

15  7 of Season 8, broadcast in 2007."

16      Defendant's Reply to Plaintiffs' Response

17      Again, "Plaintiff [sic] denies all truthfulness of this

18  statement" without facts or other evidence, only unsworn

19  testimony/legal argument.  Plaintiffs' response does not alter

20  the fact that Plaintiffs are not entitled to statutory damages

21  because the alleged infringements occurred years before the

22  purported copyright was obtained.  Plaintiffs have failed to

23  assert any facts or evidence that would dispute this fact.

24

25

26                                -9-

27          REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S
    UNDISPUTED MATERIAL FACTS -and- SEPARATE STATEMENT OF UNDISPUTED
28          FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT

DEFENDANT'S REPLY TO

PLAINTIFF'S "SEPARATE STATEMENT OF UNDISPUTED

FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT"

<u>Undisputed Facts No. 1 through 8</u>

"The Musical Work 'Love You So' (Original Version) is performed in episode 109 from 32:14 until 33:37 but is not covered by any license or Schedule "A" authorizing its use by the Defendant or its affiliates."

The remaining Fact Nos. 2 through 8 are identical except referring to different songs and playing times.

<u>Defendant's Response and Objections to Supporting Evidence</u>

Plaintiffs have no admissible evidence to support these statements, relying on the same Paragraph 20 of the Declaration of Delray Richardson and the same items they rely upon in "disputing" Defendant's Undisputed Facts.

Exhibit 16 was "provided by Defendants" in full and not with missing pages as attached to the Richardson Decl. FRE 106. Declaration of Robert S. Besser, ¶ 9.

It does not appear that Plaintiffs have provided the Court with a copy of "CBS Cycle 1 DVD of America's Next Top Model" and even if they have, the Court is not required to view hours of video to confirm Plaintiffs' assertion.

-10-

1   Undisputed Fact No. 9

2        "Jean-Jean [sic] Ducornet and Pen Music, Inc are being

3   allowed to collect fraudulent fees and royalties from ASCAP based

4   on falsified cue sheets prepared by the Defendant's employee

5   music operations manager Donald Steever."

6        Defendant's Response and Objections

7        This "fact" is nothing more than an allegation based

8   entirely on inadmissible hearsay (what Jeeve might have said to

9   Richardson).  In addition, neither Jean-Yves Ducornet nor Pen

10  Music, Inc. are parties to this action.

11  Undisputed Fact Nos. 10 and 11

12       No. 10:   "July 17th 2011 @ 5:P12 a.m. Jean-Yves Ducornet

13  admits to Delray RIchardson and Pen Music, Inc that 'cue sheet

14  109 list [sic] more songs than were used' and 'This issue is

15  beyond his control."

16       No. 11:   "Jean-Yves Ducornet conceded that 'Someone at UPN

17  is to blame for this huge mistake, not me' and hundreds of other

18  writer's would've also gotten paid by mistake, or not paid at all

19  when they should have' and 'There's no way to know what happen

20  [sic] right now until one of us walks into the CBS office with

21  the DVD and the Cue Sheet. It's that simple.'"

22       Defendant's Response and Objections

23       Again, the evidentiary support for these statements is

24  entirely inadmissible hearsay under FRE 801(c).

25

26                              -11-
   _____

Undisputed Fact No. 12

    "CBS has given artist songwriting credits that actually belong to other artists based on their falsified cue sheets prepared by the Defendant's employee music operations Donald Steever."

        Defendant's Response and Objections

    This statement is based on inadmissible hearsay, contains legal contentions and is pure speculation.

Respectfully submitted,
Dated: September 16, 2013

LAW OFFICES OF ROBERT S. BESSER

By:   /s/ Robert S. Besser
      ROBERT S. BESSER
Attorneys for Defendant
CBS STUDIOS INC.

-12-

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA:

COUNTY OF LOS ANGELES:

  I am a member of the Bar of the State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1221 Second Street, Suite 300, Santa Monica, California 90401.

  On this date, I served the foregoing document described as REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S UNDISPUTED MATERIAL FACTS -and- SEPARATE STATEMENT OF UNDISPUTED FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT on all interested parties in this action by:

[XX] BY MAIL:  placing a true and correct copy thereof enclosed in a sealed envelope with postage fully pre-paid and addressed as follows:

Delray Richardson, In Pro Per<br>
Sterling A. Snyder, In Pro Per<br>
2191 East 21st Street Box K<br>
Signal Hill, CA 90755

  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit stated in this affidavit.

  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on September 16, 2013, at San Rafael, California.

       /s/ Christopher Chapin<br>
       CHRISTOPHER CHAPIN

-13-

---

REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S UNDISPUTED MATERIAL FACTS -and- SEPARATE STATEMENT OF UNDISPUTED FACTS IN OPPOSITION MOTION FOR SUMMARY JUDGMENT