JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELRAY RICHARDSON p/k/a DELRAY d/b/a DEL FUNK BOY MUSIC, an individual, and STERLING A. SYNDER d/b/a/ ZION RECORDS, an individual,<br><br>　　　　Plaintiffs,<br>vs.<br><br>CBS STUDIOS INC., d/b/a CBS TELEVISION DISTRIBUTION, a division of CBS CORPORATION, a Delaware corporation,<br><br>　　　　Defendants.<br>_____/ | Case No. CV12-7925 ABC (SHx)<br>Honorable Audrey B. Collins<br><br>[~~PROPOSED~~] JUDGMENT ON ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT |

　　Pursuant to the Order Granting Defendant's Motion for Summary Judgment, dated September 25, 2013, the following Judgment is made:

　　1.　Plaintiffs shall recover nothing from Defendant. Defendant is the prevailing party pursuant to Local Rule 54-1.

-1-
_____
　[PROPOSED] JUDGMENT ON ORDER GRANTING SUMMARY JUDGMENT

    2.   Defendant shall recover its costs pursuant to Local Rule 54-2, including attorneys' fees incurred in this action pursuant to 17 U.S.C. §505, in an amount to be determined by later motion.

Dated: October 17, 2013

*[signature: Audry B. Collins]*

_____
UNITED STATES DISTRICT COURT JUDGE

-2-

[PROPOSED] JUDGMENT ON ORDER GRANTING SUMMARY JUDGMENT