UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELRAY RICHARDSON p/k/a DELRAY d/b/a DEL FUNK BOY MUSIC, an individual, and STERLING A. SYNDER d/b/a/ ZION RECORDS, an individual,<br><br>            Plaintiffs,<br>vs.<br><br>CBS STUDIOS INC., d/b/a CBS TELEVISION DISTRIBUTION, a division of CBS CORPORATION, a Delaware corporation,<br><br>            Defendant.<br>_____/ | Case No. CV12-7925 ABC (SHx)<br>Honorable Audrey B. Collins<br><br>[~~PROPOSED~~] JUDGMENT GRANTING ATTORNEYS' FEES TO DEFENDANT |

   PURSUANT to this Court's Order Granting Defendant's motion for attorneys fees dated December 5, 2013; and

   GOOD CAUSE APPEARING, Plaintiffs Delray Richardson p/k/a DELRAY d/b/a DEL FUNK BOY MUSIC, an individual and Sterling A. Snyder, d/b/a ZION RECORDS, an individual, jointly and severally,

-1-
_____
   [~~PROPOSED~~] JUDGMENT AWARDING ATTORNEYS' FEES TO DEFENDANT

1  are ordered to pay to Defendant CBS STUDIOS INC. attorneys' fees
2  pursuant to 17 U.S.C. §505 in the amount of $39,690.00, with
3  interest to accrue at the legal rate.
4  Dated: December 30, 2013

   _____
   UNITED STATES DISTRICT COURT JUDGE

Presented by:

Robert S. Besser (SBN 46541)
Christopher Chapin (SBN 112608)
LAW OFFICES OF ROBERT S. BESSER
1221 Second Street, Suite 300
Santa Monica, California 90401
Tel:  (310) 394-6611
Fax:  (310) 394-6613
rsbesser@aol.com
christopherchapin@aol.com

Attorneys for Defendant
CBS STUDIOS INC.

-2-
_____
[PROPOSED] JUDGMENT AWARDING ATTORNEYS' FEES TO DEFENDANT

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA:

COUNTY OF LOS ANGELES:

    I am employed by a member of the Bar of the State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1221 Second Street, Suite 300, Santa Monica, California 90401.

    On this date, I served the foregoing document described as [PROPOSED] JUDGMENT AWARDING ATTORNEYS' FEES TO DEFENDANT on all interested parties in this action by:

[XX] BY MAIL:  placing a true and correct copy thereof enclosed in a sealed envelope with postage fully pre-paid and addressed as follows:

                Sterling A. Snyder, In Pro Per
                2191 East 21st Street Box K
                Signal Hill, CA 90755

    I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit stated in this affidavit.

    In addition, Plaintiff Delray Richardson, in pro per, is listed as one who is served by the Court's CM/ECF system.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on December 13, 2013, at Santa Monica, California.

                                      /s/ Robin Sanders
                                      ROBIN SANDERS

[PROPOSED] JUDGMENT AWARDING ATTORNEYS' FEES TO DEFENDANT