1  Robert S. Besser (SBN 46541)
   Christopher Chapin (SBN 112608)
2  LAW OFFICES OF ROBERT S. BESSER
   1221 Second Street, Suite 300
3  Santa Monica, California 90401
   TEL: (310) 394-6611
4  Fax:  (310) 394-6613
   rsbesser@aol.com
5  christopherchapin@aol.com

6  Attorneys for Defendant
   CBS STUDIOS INC.
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 DELRAY RICHARDSON p/k/a DELRAY        Case No. CV12-7925 ABC (SHx)
   d/b/a DEL FUNK BOY MUSIC, an          Honorable Audrey B. Collins
12 individual, and STERLING A.
   SYNDER d/b/a/ ZION RECORDS,           NOTICE OF WITHDRAWAL OF
13 an individual,                        WRIT OF EXECUTION AND
                                         LEVY
14           Plaintiffs,
   vs.
15
   CBS STUDIOS INC., d/b/a CBS
16 TELEVISION DISTRIBUTION, a division
   of CBS CORPORATION, a Delaware
17 corporation,

18           Defendants.
   _____/
19

20

21      TO ALL INTERESTED PARTIES, THE COURT AND THE U.S. MARSHALS

22 SERVICE:

23      Please take notice that the Writ of Execution, issued on

24 July 8, 2014 (Docket No. 60) and the Levy on ASCAP("American

25 Society of Composers Authors and Publishers") (Docket No. 68)

26
                                  -1-
27 _____
               NOTICE OF WITHDRAWAL OF WRIT OF EXECUTION
28

served on September 3, 2014 are hereby withdrawn.

    Debtor Delray Richardson is under the protection of the bankruptcy court in United States Bankruptcy Court for the Central District of California, Case No.14BK30849, a Chapter 13 case which was commenced on November 5, 2014.

Dated: December __, 2014

LAW OFFICES OF ROBERT S. BESSER

By: /s/ Robert S. Besser
Attorneys for Defendant
CBS STUDIOS INC.

-2-

NOTICE OF WITHDRAWAL OF WRIT OF EXECUTION

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA:

COUNTY OF LOS ANGELES:

   I am a member of the Bar of the State of California. I am over the age of 18 and not a party to the within action. My business address is 1221 Second Street, Suite 300, Santa Monica, California 90401.

   On this date, I served the foregoing document described as NOTICE OF WITHDRAWAL OF WRIT OF EXECUTION AND LEVY on all interested parties in this action by:

[XX] BY MAIL: placing a true and correct copy thereof enclosed in a sealed envelope with postage fully pre-paid and addressed as follows:

[XX] BY E-MAIL: I emailed the document to the email address shown below and received no notice of error reported:

Alisa Admiral, Esq.
alisa@admirallegal.com
*Attorneys for Debtor Delray Richardson*

ASCAP
7920 Sunset Boulevard
Los Angeles, CA 90046
*Garnishee*

   I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit stated in this affidavit.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 19 2014, at San Rafael, California.

/s/ Christopher Chapin
CHRISTOPHER CHAPIN

-3-

NOTICE OF WITHDRAWAL OF WRIT OF EXECUTION